# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | |
| Rodney T Brown | Case No.: 23-08253 |
| | Chapter 13 |
| Debtor. | Judge Timothy A. Barnes |

## OBJECTION OF U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR GS MORTGAGE-BACKED SECURITIES TRUST 2022-RPL3 TO THE CONFIRMATION OF THE PLAN (DOCKET NUMBER 14)

U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for GS Mortgage-Backed Securities Trust 2022-RPL3 ("Creditor") by and through its undersigned counsel, objects to the confirmation of the currently proposed plan ("Plan") filed by Rodney T Brown ("Debtor") as follows:

1. Creditor holds a security interest secured by a mortgage lien on Debtor's property commonly known as 8141 South Blackstone Avenue, Chicago, IL 60619 ("Property").

2. Creditor intends to file a Proof of Claim prior to the Proof of Claims Deadline.

3. Debtor's Plan fails to provide for Creditor's secured claim.

4. Upon information and belief, Debtor still holds an interest in the Property.

23-015554_ABH

5. As a result, Debtor's Plan fails to meet the requirements of 11 U.S.C. §1325(a)(5) as it fails to provide for a secured claim. Creditor requests that Debtor amend the Plan to either provide for or surrender Creditor's claim.

WHEREFORE, Creditor respectfully requests that the Court deny the confirmation of the Debtor's currently proposed Plan.

Respectfully submitted,

/s/ Adam B. Hall
_____
Todd J. Ruchman (6271827)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Stephen R. Franks (0075345)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Todd J. Ruchman.
Contact email is tjruchman@manleydeas.com

23-015554_ABH

## **CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Objection of U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for GS Mortgage-Backed Securities Trust 2022-RPL3 to the Confirmation of the Original Plan was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Thomas H. Hooper, ecf@tvch13.net

David Freydin, Attorney for Rodney T Brown,  david.freydin@freydinlaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Rodney T Brown and Dannetta L Ellis, 8141 South Blackstone Avenue, Chicago, IL  60619

/s/ Adam B. Hall

23-015554_ABH